## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SETH SHICH<br>1820 Clydesdale Place, N.W.<br>Apartment 200<br>Washington, D.C. 20009,<br><br>   Plaintiff,<br><br>   v.<br><br>MEDICREDIT, INC.<br>c/o The Corporation Trust Incorporated<br>351 Camden Street<br>Baltimore, MD 21201<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. _____<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Medicredit, Inc. (referred to herein as "Defendant"), through undersigned counsel, hereby files this Notice of Removal of the state-court action currently pending in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch, Case No. 2015-SC(3)-003512. In support thereof, Defendant states as follows.

1. Plaintiff initiated his civil action by filing a Statement of Claim against Defendant in the Superior Court of the District of Columbia, Small Claims and Conciliation Branch. Copies of Plaintiff's Statement of Claim, Summons and other related court documents are appended hereto as Exhibit A.

2. Defendant was served with a copy of the Statement of Claim and Summons on or about August 25, 2015. This Notice of Removal is being filed with this Court within 30 days of the service of the Statement of Claim on Defendant and is timely filed. *See* 28 U.S.C. § 1446(b).

*See also Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347 (1999) (holding that the 30-day removal deadline does not begin to run until a defendant has been properly served with a copy of the complaint).

3. Through this lawsuit, Plaintiff seeks to recover damages pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (referred to herein as the "TCPA"). *See* Statement of Claim (attached hereto as Exhibit A).

4. The Court has original jurisdiction over this action under 28 U.S.C. § 1331 and this case may be removed pursuant to 28 U.S.C. §1441(a) because it involves federal questions based upon the TCPA.

5. A Notice of Filing for Removal to Federal Court is being filed contemporaneously in the Superior Court of the District of Columbia, a copy of which is attached hereto as Exhibit B.

6. Written notice of this pleading has been mailed to Plaintiff.

7. Exhibit A attached hereto represents all of the pleadings received by or served upon Defendant in connection with Plaintiff's claim.

8. Removal to this Court is appropriate because Plaintiff's action is pending in this District. *See* 28 U.S.C. § 1441(a).

WHEREFORE, Defendant respectfully requests that the above-referenced action brought in the Superior Court of the District of Columbia be immediately removed to this Court.

Respectfully submitted,

/s/ Joleen R. Okun
Joleen R. Okun
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, DC 20006
Phone: 202.887.0855
Fax: 202.887.0866
Email: Joleen.Okun@odnss.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2015, a copy of the foregoing Notice of Removal was sent via first class mail, postage prepaid, to:

Seth Shich
1820 Clydesdale Place NW
Apt. 200
Washington, DC 20009
*Plaintiff pro se*

/s/ Joleen R. Okun
Joleen R. Okun
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street NW, Suite 1000
Washington, DC 20006
Phone: 202.887.0855
Fax: 202.887.0866
Email: Joleen.Okun@odnss.com
*Counsel for Defendant*